[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 17, 2007
THOMAS K. KAHN
CLERK

————————————————

No. 06-11678

————————————————

D. C. Docket No. 05-00401-CV-T-24-MAP

JEAN FERGUSON,

Plaintiff-Appellant,

versus

PROGRESS ENERGY OF FLORIDA, INC.,

Defendant-Appellee.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

**(January 17, 2007)**

Before ANDERSON, MARCUS and HILL, Circuit Judges.

PER CURIAM:

After oral argument, we conclude that the judgment of the district court is

due to be affirmed. Appellant abandoned the substantive disability claim at oral

argument.  For the reasons fully discussed at oral argument, we affirm the judgment of the district court on appellant's retaliation claim.

AFFIRMED.